| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas

**ENTERED**
March 22, 2018
David J. Bradley, Clerk

Pennie Pehl Biediger, *et al.*, §
§
　　　　　Plaintiffs, §
§
*versus* § Civil Action H-18-844
§
Cane Island Healthcare, Inc., *et al.*, §
§
　　　　　Defendants. §

# Final Dismissal

1. Having been advised that Pennie Pehl Biediger and Polly Diane Sauers no longer wish to pursue their claims against Cane Island Healthcare, Inc., and The Ensign Group, Inc., this case is dismissed without prejudice. (3)

2. If re-filed in the United States District Court for the Southern District of Texas, Houston Division, the case will be assigned to Judge Lynn N. Hughes.

Signed on March 22, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　Lynn N. Hughes    USDJ
　　　　　　　　　　　　　　　　　　　United States District Judge